[Nos. 17435–5–I; 18358–3–I.   Division One.   June 3, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
AARON DOE, *Appellant.*

*In the Matter of the Personal Restraint of*
AARON DOE, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 84–8–04125–2, Herbert M. Stephens, J., entered October 10, 1985, together with a petition for relief from personal restraint. Judgment *reversed* and petition *dismissed* by unpublished opinion per Ringold, J., concurred in by Scholfield, C.J., and Webster, J.

[No. 17410–0–I.   Division One.   June 3, 1987.]

*In the Matter of* EZEKIAL WILLIAMS.

Appeal from a judgment of the Superior Court for King County, No. 82–7–00883–2, David C. Hunter, J., entered November 19, 1985. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Swanson and Grosse, JJ.

[No. 18605–1–I.   Division One.   June 3, 1987.]

KURT JAMES SALDIN, ET AL, *Appellants,* v. PROGRESSIVE
INTERNATIONAL CORPORATION, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–10775–8, Donald D. Haley, J., entered November 20, 1985. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Swanson, J.